[No. 22098–5–I.   Division One.   December 18, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. FRANCISCO
MARTINEZ, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 87–1–03435–2, Faith Enyeart, J., entered April
21, 1989. *Affirmed* by unpublished opinion per Swanson, J.,
concurred in by Forrest, J., and Revelle, J. Pro Tem.

[No. 22146–9–I.   Division One.   December 18, 1989.]

*In the Matter of the Marriage of* BARBARA ANNE WHELAN,
*Respondent, and* DEAN LANE WHELAN,
*Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 79–3–05267–5, Frank L. Sullivan, J., entered
March 29, 1988. *Dismissed* by unpublished opinion per
Winsor, J., concurred in by Grosse, A.C.J., and Webster, J.

[No. 22580–4–I.   Division One.   December 18, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. LEONARD W.
RIDEAU, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 88–1–01435–0, Liem E. Tuai, J., entered June
17, 1988. *Affirmed* by unpublished opinion per Forrest, J.,
concurred in by Grosse, A.C.J., and Webster, J.